1  **CAROL ANN MOSES #164193**
Attorney at Law
2  545 East Alluvial, Suite 112
Fresno, California 93720
3  Telephone (559) 449-9069
Facsimile (559) 449-9016
4

5  Attorney for Defendant, LORENZO BACA

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES GOVERNMENT,    ) CITATIONS NOS. P428707, P428708,
                                  ) P428709, P428710
11 |         Plaintiff,            )
                                  ) STIPULATION TO CONTINUE
12 |                               ) UNTIL JULY 5, 2005
                                  )
13 | vs                            )
                                  )
14 |                               )
                                  )
15 | LORENZO BACA                  )
                                  )
16 |         Defendant.            )
                                  )
17 |_____)

18        IT IS HEREBY STIPULATED by and between the Defendant, LORENZO BACA, his

19  Attorney of record, Carol Ann Moses, and the Legal Officer for the United States Government,

20  ELIZABETH WALDOW, that the Status Conference in the in the above-captioned matter

21  currently scheduled for June 21, 2005, at 10:00 a.m. be continued until July 5, 2005 at 10:00

22  a.m.

23  Dated: June 16, 2005

24                                      By: _____
                                            CAROL ANN MOSES
25                                          Attorney for Defendant
                                            LORENZO BACA
26  Dated: __June 17__, 2005
                                        By: /S/ Elizabeth Waldow
27                                          _____
                                            Elizabeth Waldow
                                            Legal Officer for
28                                          United States Government
                                            As authorized on 6/17/05

---
1
STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON

1
2                                  * * * ORDER * * *
3    The Court, having reviewed the above request for a Continuance of Status Conference
4    until July 5, 2005 and Order Thereon, HEREBY ORDERS AS FOLLOWS:
5         1.    The Status Conference Hearing for Defendant, LORENZO BACA, shall be
6               continued to July 5, 2005 at 10:00 a.m.
7    Dated: _____, 2005
                                              By: _____
8                                                 WILLIAM M WUNDERLICH
                                                  United States Magistrate Judge