**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Suite 112
Fresno, California 93720
Telephone (559) 449-9069
Facsimile (559) 449-9016

Attorney for Defendant, LORENZO BACA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  )<br>  )<br>vs  )<br>  )<br>  )<br>LORENZO BACA,  )<br>  )<br>  Defendant.  )<br>_____) | CASE NO. 6:05-mj-00156-WMW<br><br>STIPULATION TO CONTINUE<br>UNTIL JUNE 27, 2006 |

   IT IS HEREBY STIPULATED by and between the Defendant, LORENZO BACA, his Attorney of record, Carol Ann Moses, and the Legal Officer for the United States Government, ELIZABETH WALDOW, that the Status Conference in the in the above-captioned matter currently scheduled for June 13, 2006, at 10:00 a.m. be continued until June 27, 2006 at 10:00 a.m.

Dated:   June 12, 2006

                                    By:  /S/ Carol Ann Moses
                                         CAROL ANN MOSES
                                         Attorney for Defendant
                                         LORENZO BACA

Dated:   June 12, 2006

                                    By:  /S/ Elizabeth Waldow
                                         Elizabeth Waldow
                                         Legal Officer for
                                         United States Government
                                         As agreed on: June 12, 2006

1
STIPULATION TO CONTINUE  STATUS CONFERENCE AND ORDER THEREON

1
2
3                              * * * ORDER * * *
4        The Court, having reviewed the above request for a Continuance of Status Conference
5   until June 26, 2006 and Order Thereon, HEREBY ORDERS AS FOLLOWS:
6        1.     The Status Conference Hearing for Defendant, LORENZO BACA, shall be
7               continued to June 27, 2006 at 10:00 a.m.
8                              IT IS SO ORDERED.
9        **Dated:   June 13, 2006         /s/  William M. Wunderlich**
                    mmkd34UNITED STATES MAGISTRATE JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28