1 **CAROL ANN MOSES #164193**
Attorney at Law
2 545 East Alluvial, Ste. 112
Fresno, California 93720
3 Telephone: (559) 449-9069
Facsimile: (559) 449-9016
4

5 Attorney for Defendant, LORENZO BACA

6

7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )    CASE NO. 6:05-mj-00156-WMW
                                    )
12                                  )
                                    )    ORDER
13              Plaintiff,          )    TO RECOGNIZE RULE 43 WAIVER
                                    )    OF DEFENDANT FOR FUTURE COURT
14 vs.                              )    APPEARANCES EXCEPT AT
                                    )    SENTENCING
15 LORENZO BACA,                    )
                                    )
16              Defendant.          )
                                    )
17 _____  )

18      The Court having heard argument from counsel on November 16, 2007, regarding

19 Defendant, LORENZO BACA'S, personal appearance at future court hearings, orders Mr. Baca's

20 appearance waived at the court appearance scheduled for December 18, 2007. Defendant,

21 LORENZO BACA shall be present for sentencing. The sentencing date shall be set on

22 December 18, 2007.

23      **IT IS SO ORDERED:**

24

25 IT IS SO ORDERED.

26 **Dated:   December 17, 2007**          /s/  William M. Wunderlich
                                           UNITED STATES MAGISTRATE JUDGE
27

28

---

1
ORDER TO RECOGNIZE RULE 43 WAIVER OF DEFENDANT
FOR FUTURE COURT APPEARANCES EXCEPT FOR SENTENCING