**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Ste. 112
Fresno, California 93720
Telephone: (559) 449-9069
Facsimile: (559) 449-9016

Attorney for Defendant, LORENZO BACA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE #6:05-mj-00156-WMW |
|---|---|---|
| | ) | |
| Plaintiff, | ) | ORDER TO STAY DEFENDANT'S SENTENCE PENDING APPEAL |
| vs. | ) | |
| LORENZO BACA | ) | |
| Defendant. | ) | |

Upon consideration of defendant's motion to stay his sentence pending appeal, it is this 24 day of March, 2008, hereby **ORDERED** that Mr. Baca's sentence of community service, payment of a statutory assessment and probation are stayed until his case is resolved on appeal. Post conviction booking ORDER remains in full force and effect.

IT IS SO ORDERED.

**Dated:   March 24, 2008**            /s/  William M. Wunderlich
                                                     UNITED STATES MAGISTRATE JUDGE