Ed Dunlavey
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket 6:05-mj-156-YNP |
| | ) | |
| Plaintiff, | ) | MOTION TO DISMISS; |
| | ) | AND ORDER THEREON |
| v. | ) | |
| | ) | |
| LORENZO BACA, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice.

Dated: June 18, 2009 .            NATIONAL PARK SERVICE

                                  /S/ Ed Dunlavey
                                  Ed Dunlavey
                                  Legal Officer

**ORDER**

IT IS SO ORDERED.

Dated:   **June 18, 2009**            **/s/ Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE

1