Ed Dunlavey
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket 6:05-mj-156-YNP |
| Plaintiff, | ) | AMENDED MOTION TO DISMISS; AND ORDER THEREON |
| v. | ) | |
| LORENZO BACA, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal with prejudice.

Dated: June 19, 2009 .                       NATIONAL PARK SERVICE

                                                                    /S/ Ed Dunlavey
                                                             Ed Dunlavey
                                                             Legal Officer

**ORDER**

IT IS SO ORDERED.

Dated:   **June 19, 2009**                        **/s/ Dennis L. Beck**
                                                             UNITED STATES MAGISTRATE JUDGE

1